**UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re Almo A. Cattani                          Case No: 16-19363-AJC
                                               Chapter 13

## MOTION FOR RECONSIDERATION OF THE ORDER REFERRING TO MORTGAGE MODIFICAITON
## D.E. 19

      NOW COMES, the Claimant, MERCANTIL COMMERCEBANK, N.A., by and through the undersigned counsel and files this Motion for Reconsideration of the Order for Mortgage Modification and shows as follows:

1. A Motion to Dismiss the Bankruptcy and for Sanctions has been filed at D.E. 9.

2. As reflected in the Exhibits to D.E. 9, the property subject to the Mortgage was surrendered to MERCANTIL COMMERCEBANK N.A., in the previous bankruptcy.

3. In reliance on the surrender, the Debtor, ALMO CATTANI, received a discharge less than 180 days prior to the filing of this bankruptcy.

4. Moreover, the plan filed by the Debtor fails to pay the Claimant the full sums it is due under its Judgment, which in this case is akin to a fully ballooned Mortgage. Thus, necessitating that all sums be paid within the 60 month term of the plan.

WHEREFORE, the Claimant moves this Court to Reconsider the Order of Referral to Mortgage Modification at D.E. 19.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic transmission or US Mail to all parties on the attached service list this 17th day of July, 2016.

Law Offices of Victor K. Rones, P.A.
Attorney for MERCANTIL
COMMERCEBANK N.A.
16105 NE 18th Avenue
North Miami Beach, Fl 33162
(305)945-6522
By: /s/Victor K. Rones
VICTOR K. RONES ESQ.
Fla Bar# 245178